IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLYDIE J. (JOE) CRAWFORD,

       Plaintiff,

v.                                                   CIV 10-926 KBM/LFG

RICHARD BARNES,

       Defendant.

## ORDER

    This matter is before the Court on Defendant's Motion for Extension of Time to Notify the Court and Opposing Counsel of the Intended Use of the Deposition of Witness Lauren Kende *(Doc. 78)*. Noting that Plaintiff does not oppose the Motion and that good cause otherwise exists, I find the Motion is well-taken and will be granted.

    Wherefore,

    **IT IS HEREBY ORDERED** that Defendant Richard Barnes' deadline for designating the deposition testimony of Witness Lauren Kende is extended until Friday, October 14, 2011.

                                                        UNITED STATES CHIEF MAGISTRATE JUDGE