## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CLYDIE J. (JOE) CRAWFORD,

       Plaintiff,

v.                                                                          CIV 10-0926 KBM/LFG

RICHARD BARNES,

       Defendants.

# FINAL JUDGMENT

**THIS MATTER** came on for trial in Albuquerque on October 31, 2011 through November 2, 2011, before the Court and a jury, the Honorable Karen B. Molzen, United States Chief Magistrate Judge, presiding by consent of the parties.  The issues were duly tried, and the jury rendered its verdict on November 2, 2011 finding against Plaintiff and in favor of Defendant.  In accordance with that General Verdict Form, the Court hereby enters final judgment for Defendant Richard Barnes.

DATED this 2nd day of November, 2011.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
Presiding by Consent of the Parties