IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLYDIE J. (JOE) CRAWFORD,

       Plaintiff,

v.                                                                        CIV 10-0926 KBM/LFG

RICHARD BARNES,

       Defendant.

## ORDER DENYING NEW TRIAL

THIS MATTER came before the Court on Plaintiff's Motion for New Trial Pursuant to Rule 59, F.R.C.P. *(Doc. 128)* . Having reviewed the motion and briefs of the parties, I am convinced that the motion is not well taken and it will be denied. I cannot say that the jury's verdict was against the "clear" or "great" weight of the evidence. To grant the motion would amount to substituting another's judgment for that of the jury without good reason.

Wherefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for New Trial Pursuant to Rule 59, F.R.C.P. *(Doc. 128)* is **denied**.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE